**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRANDON D. HICKS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:25-CV-02164-ADA-DH** |
| | § | |
| **TEXAS OFFICE OF THE ATTORNEY** | § | |
| **GENERAL CHILD SUPPORT** | § | |
| **DIVISION, AMANDA ESTRADA,** | § | |
| **JOHN DOE 1-10, UNKNOWN** | § | |
| **EMPLOYEE / AGENT OF THE** | § | |
| **OFFICE OF THE ATTORNEY** | § | |
| **GENERAL; AND JANE DOE 1-5,** | § | |
| **UNKNOWN SUPERVISORS OF THE** | § | |
| **OFFICE OF THE ATTORNEY** | § | |
| **GENERAL,** | § | |
| **Defendant.** | | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge

Dustin M. Howell. ECF No. 8. The report recommends that this Court **DISMISS** Hicks's cause

of action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and **DISMISS AS MOOT**

Hicks's remaining pending motions, ECF Nos. 3; 4; 7.

A party may file specific, written objections to the proposed findings and recommendations

of the magistrate judge within fourteen days after being served with a copy of the report and

recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed.

R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections."

*Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United*

*States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).  The district court may decline a party's request to hear new evidence not before the Magistrate Judge.  Fed. R. Civ. P. 72(b)(3).

Plaintiff filed objections on March 2, 2026.  ECF No. 12.  The Court has conducted a *de novo* review of Plaintiff's complaint, the applicable laws, and Plaintiff's objections. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell (ECF No. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** 04/01/2026.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**